Frederick W. Clark et al., Trustees, v. Dorothy S.
Clark et al., Appellees,
On the Appeal of John C. Fetzer, Appellant.

Gen. No. 16,144.

This case is controlled by the decision in Bayley v. Clark, *ante*,
p. 154.

Intervening petition. Appeal from the Circuit Court of Cook
county; the Hon. JULIAN W. MACK, Judge, presiding. Heard in this
court at the October term, 1909. Dismissed. Opinion filed March 1,
1910.

ELBRIDGE HANECY, and ARTHUR B. WRIGHT, for appellant.

WILSON, MOORE & MCILVAINE, for certain appellees.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion
of the court.

For the reasons set forth in case general number
16,143 in an opinion this day filed (*ante*, p. 154),
the motion to dismiss the appeal is allowed and the
appeal is dismissed.

*Appeal dismissed.*